# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Mandi Phillips

Plaintiff,

v.                                                            Case No.: 3:14–cv–01710

Mapco Express, Inc., et al.

Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/12/2017 re [52].

Keith Throckmorton, Clerk
s/ Elaine Hawkins, Deputy Clerk
